■ In the Matter of Ann Magnotti, Respondent, v. Alphonse Magnotti, Appellant.— In a proceeding under article 4 (§ 411 *et seq.*) of the Family Court Act, instituted by a wife against her husband, the husband appeals from an order of the Family Court, Richmond County, entered December 7, 1962 after trial, which: (1) awarded the wife $70 per week for her support; and (2) awarded her $300 for counsel fees. Order modified on the facts by reducing the amount of support to $60 per week. As so modified, the order is affirmed, without costs. Findings of fact inconsistent herewith are reversed and new findings are made as indicated herein. From all of the circumstances it appears that the wife was justified in leaving her husband; that the husband is presently able to afford $60 a week for support; and that the award of $300 for counsel fees was justified. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ Eugene A. Kleila, Respondent, v. Eugene T. Kleila et al., Appellants.— In an action seeking, in substance, a decree that plaintiff is the owner of one half of the fee of certain premises, the defendants appeal from an order of the Supreme Court, Kings County, dated April 17, 1963 and entered in Queens County on April 19, 1963, which denied their motion: (a) to dismiss the amended complaint upon the ground that it fails to state facts sufficient to constitute a cause of action; or (b), in the alternative, to strike out certain paragraphs of said amended complaint upon the ground that the allegations are irrelevant and prejudicial. Order affirmed, with $10 costs and disbursements (cf. *Muller* v. *Sobol,* 277 App. Div. 884, mot. for lv. to app. den. 301 N. Y. 815; *Pagano* v. *Pagano,* 2 A D 2d 756, mot. for lv. to app. den. 2 N Y 2d 708; *Zirn* v. *Bradley,* 269 App. Div. 961). Defendant's time to answer the amended complaint is extended until 20 days after entry of the order hereon. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ Shirley Montefel, Respondent, v. Alexander Medura et al., Appellants, et al., Defendants.— In a proceeding pursuant to statute (Insurance Law, art. 17-A, § 610 *et seq.*) to require the Motor Vehicle Accident Indemnification Corporation (hereafter called "MVAIC") to pay $10,000 plus interest and costs of $212.50, upon a judgment of the Supreme Court, Queens County, entered July 3, 1962 in the petitioner's favor in an action to recover damages for personal injury, the MVAIC appeals from an order of said court, dated August 10, 1962, which directed it to pay to petitioner said sum of $10,000, plus said interest and costs of $212.50. Order affirmed, with $10 costs and disbursements to petitioner against the appellant MVAIC. (See *Matter of Moore* v. *Motor Vehicle Acc. Ind. Corp.,* 18 A D 2d 1006.) Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.